**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT TACOMA**


WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

June 8, 2020

To:      Counsel and pro se parties in Davis v. Port Angeles School District et al,
         3:20–cv–05448–MAT
From:   Kadya Peter, Deputy Clerk

Re:      Assignment to United States Magistrate Judge; **Action required.**

This case has been assigned to United States Magistrate Judge Mary Alice Theiler for all purposes, including trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals. *See* Amended General Order 02–19, 28 USC 636(c), Federal Rule of Civil Procedure 73, and Local Magistrate Judge Rule 13.

Consent to a Magistrate Judge is voluntary. Any party may decline consent by signing at the bottom and emailing this form to kadya_peter@wawd.uscourts.gov, or faxing it to 206–370–8425, or mailing to the above address. The form must be received by the court no later than **June 15, 2020.    Do not electronically file this form.**.

**Each party will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge, if this form is not returned by the above date**.

If a party declines consent, the identity of the party declining consent will not be communicated to any judge.


☐ **I decline consent and request the case be assigned to a District Judge**


| _____ | _____ | _____ |
|---|---|---|
| Attorney/Party's Signature | Party Represented | Date Signed |