UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KIMBERLEY J DAVIS, | CASE NO. C20-5448-BHS-MAT |
|---|---|
| Plaintiff, | ORDER SETTING PRETRIAL SCHEDULE |
| v. | |
| PORT ANGELES SCHOOLDISTRICT et al., | |
| Defendants. | |

This case has been referred to the undersigned United States Magistrate Judge. Having reviewed the Joint Status Report and Discovery Plan submitted by the parties, the Court hereby orders the following pretrial schedule:

| **Event** | **Date** |
|---|---|
| Deadline for joining parties | 8/27/2020 |
| Deadline for amending pleadings | 9/24/2020 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 2/2/2021 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 2/23/2021 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (*see* LCR 7(d) or LCR 37(a)(2)) | 3/24/2021 |

- 1

| Discovery to be completed by | 4/23/2021 |
|---|---|
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)) | 5/24/2021 |

The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### TRIAL DATE

A trial date will be set by the assigned District Judge, the Honorable Benjamin H. Settle, if the case is not resolved by settlement.

### COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

### SETTLEMENT

If this case settles, plaintiff's counsel shall notify Kadya Peter at (206) 370-8420 or via e-mail at: Kadya_Peter@wawd.uscourts.gov, as soon as possible. Pursuant to LCR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

//

//

ORDER SETTING PRETRIAL SCHEDULE - 2

The Clerk is directed to send copies of this Order to all parties of record.

Dated this 30th day of July, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER SETTING PRETRIAL SCHEDULE - 3