The Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLEY J. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PORT ANGELES SCHOOL DISTRICT, AMITY BUTLER, and her marital community, PATRICIA REIFENSTAHL, and her marital community,<br><br>　　　　　Defendants. | No. 3:20-cv-05448-BHS-SKV<br><br>**REPLY DECLARATION OF LUCY CLIFTHORNE** |

I declare the following under penalty of perjury under the laws of Washington State.

1. Attached as Exhibit 1 is a true copy of an excerpt from the transcript of the Deposition of Kimberley J. Davis, with the lines cited in the Defendants' reply brief highlighted.

2. Attached as Exhibit 2 is a printout from a publicly available website, highlighting the dates of the spring vacation for Franklin Elementary School in the Port Angeles School District in the 2018-19 school year.

DATED in Olympia, Washington, this 25th day of June, 2021.

　　　　　　　　　　/s/ *Lucy R. Clifthorne*
　　　　　　　　　Lucy R. Clifthorne, WSBA No. 27287
　　　　　　　　1201 Pacific Ave., Suite 1900
　　　　　　　　Tacoma, Washington 98401-1315
　　　　　　　　253-383-3791 (Tel.)
　　　　　　　　lclifthorne@vjglaw.com
　　　　　　　　*Attorneys for Defendants Port Angeles School District and Amity Butler*

REPLY DECLARATION OF LUCY CLIFTHORNE - 1
No. 3:20-cv-05448-BHS-SKV

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

# EXHIBIT 1

```
                                                               Page 226                                                                  Page 228
 1   the time of the incidents that I observed.  So I had a         1   falsification of student records; right?
 2   lot of data going on in the classroom.  Some of it was         2 A That's correct.
 3   taken in the classroom at the moment, like behavioral          3 Q Paragraph 4.78 through 4.82.  These are short ones.  So
 4   stuff.  Others was taken home so I could keep up on it.        4   I'm going to start with 4.78.
 5 Q Did you keep up on it?                                         5      Is it your belief that as to these allegations as to
 6 A Yes, I did.                                                    6   your charge of discrimination with EEOC, is it your
 7 Q Okay.  And so when you were investigated for falsifying        7   belief that -- strike that.
 8   student records, there were several records that you           8      Is it your belief that the district reported you to
 9   recorded data for students that allegedly occurred on          9   OSPI's Office of Professional Practices, knowing that its
10   days they were absent.                                        10   allegations against you were false?
11      So what happened there?                                    11 A I don't know why they reported to OSPI.  I mean, I
12 A Well, like I said before, they were not records.  These       12   don't -- I can't speculate about that.
13   were just my own personal notes and data in the                13 Q Okay.  Are you familiar with the rules of professional
14   classroom.  So those were not student records.  So I          14   practices for certificated educators?
15   never falsified student records ever.                         15 A Yes.
16 Q So if you left the district voluntarily to take another       16 Q Are you aware that falsification of student data is a
17   job, you would have taken those notebooks with you?           17   reportable offense?
18 A I probably would have cleaned them out of all of the          18 A Yes, I'm aware of that.
19   information and taken the actual notebook, the physical       19 Q Do you believe that Carole Copeland's complaints against
20   notebook, with me.                                            20   you regarding falsifying student data was false?
21 Q And you would have left the information at the district?      21 A Yes, I believe it was completely inaccurate.
22 A I would have shredded it.                                     22 Q Do you believe that Carole Copeland had some sort of
23 Q You would have shredded data regarding your students?         23   reason to file a false complaint about you?
24 A Well, it was my own personal data for the classroom.  If      24 A I think that Mrs. Butler had her going and reporting to
25   I was leaving the district or leaving the classroom, I        25   her about anything that she -- I don't know.  I really

                                                               Page 227                                                                  Page 229
 1   wouldn't require taking it with me.                            1   don't know actually.  I feel like I'm speculating on
 2 Q Okay.  In Paragraph 4.77, you allege that you filed a          2   somebody else's actions.
 3   formal complaint of discrimination based on sexual             3 Q Did you have a -- describe -- let me -- let's see.
 4   orientation against Ms. Butler, Ms. Reifenstahl,               4      Tell me your about your relationship with
 5   Ms. Blore, and Ms. Bolinger.                                   5   Ms. Copeland.  Was it a positive relationship at any
 6      Was this the only formal complaint of discrimination       6   point in time?
 7   you filed with the district during your 20 years of            7 A I felt like it was.  I felt like her and I had a very
 8   employment there?                                              8   good working relationship.  If she had concerns, she
 9 A Yes.                                                           9   never came to me with them, and I encouraged the paras to
10 Q Okay.  So despite two years of the ongoing alleged            10   come to me with their concerns so we could problem-solve
11   targeting, bullying, isolation, professional disrespect,     11   together.  So I was not aware at all that her and I had
12   false allegations and open hatred that you allege in this    12   any sort of friction professionally.  I felt like she
13   paragraph, this was your first and only complaint of         13   respected me, I felt like I respected her.  So I was not
14   discrimination?                                              14   aware of any sort of interpersonal issues.
15          MR. GALLAGHER:  Object to the form.                   15 Q Did your paras have access to your notebooks?
16   Asked and answered.                                          16 A Yes.
17 A Yes.  That's the only complaint because I kept going to      17          MR. GALLAGHER:  Object to the form.
18   my union president and reporting things, and he said         18 Q (By Ms. Maynard)  And why would they have access, if that
19   don't get a lawyer.  He told me not to go to HR.  He told    19   was your personal property?
20   me not to go to the special ed director.                     20 A Because a lot of times we would be writing about
21 Q (By Ms. Maynard)  And you never filed a grievance with       21   behavioral things that occurred, and so there's plenty of
22   your union during that time either; correct?                 22   times during the day when the paras are supervising
23 A That's correct.  I was told not to.                          23   students, for example, outside on recess when I'm not
24 Q When you filed your formal complaint of discrimination,      24   there with them, so the paras were given access to the
25   you had already been placed on administrative leave for      25   data notebooks so that they could write down things that
```



```
                                                          Page 230                                                          Page 232
 1    they had witnessed if I hadn't seen it.                        1  A   It is my understanding that special ed teachers are
 2  Q   So the notebooks contained para statements and               2      required to do an awful lot of paperwork, and so the
 3    observations about students?                                   3      special ed teachers that I know do their work as they can
 4  A   The notebooks contained observations written by whoever      4      when they take it home on the weekends, lots of teachers
 5    observed the child.                                            5      take work home on the weekends, and it's my understanding
 6  Q   Okay.  And so at one point, Carole Copeland claimed that     6      that you -- you really can't get that amount of data and
 7      she saw your notebooks blank, at least a certain number      7      all the paperwork, the IEPs and all of that that you have
 8      of pages blank, and that after spring break when those       8      to do in the day while you have students in your
 9      notebooks reappeared in the classroom, they were filled      9      classroom.  It's just completely impossible.  So I think
10      with data.  Can you explain this?                           10      it is pretty common that special ed teachers take a lot
11  A   Yeah.  Absolutely.  The data that she was looking for was  11      of work home to do at home.
12      the Styer Fitzgerald data.  And only two of my ten          12  Q   You think that that is an accurate record of what is
13      students were working on the Styer Fitzgerald curriculum,   13      happening with that student at any given point in time?
14      so those two students should have had Styer Fitzgerald      14              MR. GALLAGHER:  Object to the form.
15      data in them.                                               15  Q   (By Ms. Maynard)  Do you think that accurately -- that
16         When I asked the paras -- so the paras were in          16      practice of noting the date you record the data as
17      charge of doing the Styer Fitzgerald while I taught         17      opposed to the date that it was observed, is an accurate
18      smaller groups.  So they would do one-on-one instruction    18      picture of where a student is at any point in time in
19      with Styer Fitzgerald.  I would do smaller groups.          19      their progress?
20         Every single day they were asked by me to do Styer      20  A   Well, the only way to find out if it's accurate is to
21      with the two students whenever their schedule allowed.      21      redo the data.  I mean, isn't it -- it's anecdotal, first
22      So they were supposed to be keeping the Styer Fitzgerald    22      of all, so you're just writing down what you observed.
23      data.  They were also supposed to be helping me keep the    23      And when you're collecting data on academics or goals,
24      behavioral anecdotes.  So they would have access to it.     24      you're just writing down what you saw, what they
25         So if she is looking for Styer Fitzgerald data on       25      produced, what the child did throughout the week.

                                                          Page 231                                                          Page 233
 1      all ten students, she would only have found it in two of    1  Q   But if you're not pinpointing the exact time it happened,
 2      the notebooks.  And if she was looking in the right place    2      how do you assess benchmarks for that student and
 3      for the academic data, it was in there.  So -- and I did    3      progress?
 4      take the notebooks home, like I said, frequently to keep    4  A   You take the baseline data in the beginning when you
 5      up with the amount of work that I had.                      5      first get to know them and then build your instruction on
 6  Q   Okay.  Did you record data for students with the date       6      your goals based on their current levels of performance.
 7      that it happened --                                          7  Q   And so if you were to compare their progress on
 8  A   I recorded --                                                8      February 16th, 2021, to their benchmark which was set on
 9  Q   -- or did you -- I'm sorry.  Let me just finish.  That's    9      January 1, 2021, and the data collected on the 16th was
10      okay.                                                      10      instead dated for when it was put in your notebooks,
11         Did you record Styer Fitzgerald data, or any data      11      which is a separate date, how would you judge progress
12      for that matter, as having occurred on the day it          12      accurately between those two dates?
13      occurred, or did you assign it some other date?            13  A   Well, you would look at a whole lot of different
14  A   Ms. Maynard, I took the notebooks home and recorded the    14      representations of what the child was doing.  So you
15      date that I was writing the data, not the date that I      15      would look at work samples.  You'd look at conversations
16      observed it.  So when I took the notebooks home every      16      that you had with the child.  You'd look at what they did
17      week, I took them home, wrote down what I had seen         17      throughout the whole week to see if it was similar or --
18      throughout the week or what my notes had said, and then    18  Q   Maybe I wasn't clear in my definition of "data."  So
19      took them back to school.                                  19      let's make sure we agree on this.
20  Q   Okay.  So I'm clear, when you recorded the data in your    20         If we're talking about, say, counting, how would you
21      notebooks, you associated it with the date that you wrote  21      assess a student as to where they are with counting?
22      it in your notebooks and not the date you observed it?     22      Would you say, for example, on such-and-such date, this
23  A   That is correct.                                           23      student was able to count to ten five times out of ten
24  Q   Is it your understanding that this is standard practice    24      times?  Is that accurate?  Is that some sort of data that
25      among special ed teachers?                                 25      you would collect?
```



# EXHIBIT 2

Today **April 2019** Print Week **Month** Agenda

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 31 | Apr 1 No School K12 - Spring Break | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 **7pm** PASD I | 12 | 13 |
| 14 | 15 | 16 | 17 **3:30pm** PAS | 18 | 19 | 20 **9am** Paper ! |
| 21 | 22 Public School Volunteer Week | 23 **9:30am** Spri | 24 | 25 **7pm** PASD I | 26 | 27 |
| 28 | 29 **9am** Kinder | 30 | May 1 | 2 | 3 | 4 |

Events shown in time zone: Pacific Time - Los Angeles

Calendar

Today **Friday, June 25** Print Week Month **Agenda**

**Friday, June 25**

9:00am High School Summer School

**Monday, June 28**

9:00am High School Summer School

**Tuesday, June 29**

9:00am High School Summer School

**Wednesday, June 30**

9:00am High School Summer School

**Thursday, July 1**

9:00am High School Summer School

**Friday, July 2**

9:00am High School Summer School

**Sunday, July 4**

