The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLEY J. DAVIS, | )<br>) |
| Plaintiff, | )<br>)  No. 3:20-cv-05448-BHS |
| v. | )<br>) |
| PORT ANGELES SCHOOL DISTRICT, | )  **NOTICE OF UNAVAILABILITY**<br>) |
| Defendant, | )<br>) |

**TO:**  Clerk of the Court

**AND TO:**  Daniel Gallagher and Deborah Boe attorneys for Plaintiff

**Notice is hereby given that** from September 19 – October 3, 2022, Heidi M. Maynard, attorney for defendant, will be unavailable to respond to motions, depositions, or other formal actions. Ms. Maynard requests that no formal action in the above matter be noted between said dates, nor so soon thereafter that it would preclude adequate preparation.

DATED this 4th day of August 2022.

VANDEBERG JOHNSON & GANDARA, PS

*/s/ Heidi M. Maynard*
Heidi M. Maynard, WSBA #47241
Attorney for Defendant

NOTICE OF UNAVAILABILITY - 1

VANDEBERG JOHNSON & GANDARA, PS
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

## Certificate of Service

I hereby certify under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct:

That on August 4, 2022, I caused to be served a true and correct copy of the foregoing document upon counsel of record, at the address stated below, via the method of service indicated:

| | |
|---|---|
| Daniel Gallagher,<br>Gallagher Law Office, PS<br>10611 Battle Point Drive NE<br>Bainbridge Island, WA 98110-1493<br>dan@nwprolaw.com<br>Deborah A. Boe<br>A Boe Law Firm, PS<br>PO Box 769<br>Seabeck WA 98380-0769<br>Deborah.boelawfirm@gmail.com | ☐ Via Messenger<br>☐ Via U.S. Mail<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☐ Via Email<br>☒ Via Western District of Washington E-Service |

DATED this 4th day of August 2022 at Tacoma, Washington.

*/s/ Kim Somerville*
Kim Somerville, Legal Assistant

NOTICE OF UNAVAILABILITY - 2

VANDEBERG JOHNSON & GANDARA, PS
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377