Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLEY J. DAVIS<br><br>                    Plaintiff,<br><br>     vs.<br><br>PORT ANGELES SCHOOL DISTRICT,<br><br>                 Defendant. | NO.  3:20−cv−05448-BHS<br><br>NOTICE OF SETTLEMENT |

The parties, Plaintiff Kimberley J. Davis and Sequim School District, hereby notify the Court that this matter has settled. Once the terms of settlement have been completed, Plaintiff will submit a proposed order dismissing all claims and defenses with prejudice and without any award of costs or attorney's fees to either party.

Respectfully submitted this 28th day of October, 2022.

By: /s/ Daniel Gallagher, WSBA No. 21940
    Daniel C. Gallagher, WSBA No. 21940
    GALLAGHER LAW OFFICE PS
    10611 Battle Point Drive NE
    Bainbridge Island, Washington 98110-1493
    Email:  dan@nwprolaw.com
    Phone: 206.855.9310

GALLAGHER LAW OFFICE PS
10611 Battle Point Drive NE
Bainbridge Island, Washington  98110-1493
TEL. 206.855-9310 • FAX 206.462.1557
www.nwprolaw.com

1   Fax: 206.462.1557

2   By: /s/ Deborah A. Boe, WSBA No. 39365

3   Deborah A. Boe, WSBA No. 39365
    A Boe Law Firm

4   5600 Kitsap Way
    Bremerton, WA 98312

5   Phone: 360.981.2847

6

7   *Counsel for Plaintiff Kimberley J. Davis*

8

9   VANDEBERG JOHNSON & GANDARA, LLP

10  By /s/ Lucy R. Clifthorne

11  Lucy R. Clifthorne, WSBA No. 27287
    Heidi M. Maynard, WSBA No. 47241

12  1201 Pacific Ave., Suite 1900
    Tacoma, WA 98401-1315

13  253-383-3791 (Tel.)
    253-383-6377 (Fax)

14  lclifthorne@vjglaw.com
    hmaynard@vjglaw.com

15

16

17  *Counsel for Defendant Port Angeles School District*

18

19

20

21

22

23

24

25

26

27

**GALLAGHER LAW OFFICE PS**
10611 Battle Point Drive NE
Bainbridge Island, Washington  98110-1493
TEL. 206.855-9310 • FAX 206.462.1557
www.nwprolaw.com

DECLARATION OF SERVICE

I declare under penalty of perjury and the laws of the United States of America that on the below date, I delivered a true and correct copy of *NOTICE OF SETTLEMENT* via the method indicated below to the following parties:

Lucy R. Clifthorne, WSBA No. 27287          [  ] Via Messenger
   Heidi M. Maynard, WSBA No. 47241         [X] Via CM/ECF
   1201 Pacific Ave., Suite 1900            [  ] Via Facsimile
   Tacoma, WA 98401-1315                    [  ] Via U.S. Mail
   253-383-3791 (Tel.)
   253-383-6377 (Fax)
   lclifthorne@vjglaw.com
   hmaynard@vjglaw.com

DATED this 28th day of October, 2022.

s/ Daniel C. Gallagher
Daniel C. Gallagher, WSBA No. 21940

NOTICE OF SETTLEMENT - 3
3:20−CV−05448-BHS

**GALLAGHER LAW OFFICE PS**
10611 Battle Point Drive NE
Bainbridge Island, Washington  98110-1493
TEL. 206.855-9310 ● FAX 206.462.1557
www.nwprolaw.com